■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO PEREZ, Appellant. [13 NYS3d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 6, 2004 (*People v Perez*, 9 AD3d 376 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered July 24, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Balkin, Chambers and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD SINCLAIR, Appellant. [13 NYS3d 905]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered February 4, 2013, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The jury's determination that the defendant failed to prove by a preponderance of the evidence that he was acting under extreme emotional disturbance when he shot and killed the victim, who moments earlier had been in a car with the defendant's girlfriend, was not against the weight of the evidence (*see People v Steen*, 107 AD3d 1608 [2013]; *People v Reynart*, 71 AD3d 1057 [2010]; *People v Ludwigsen*, 48 AD3d 484 [2008]; *cf. People v Sepe*, 111 AD3d 75 [2013]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Leventhal, Roman and Hinds-Radix, JJ., concur.